Gordon K. Hill (Utah Bar No. 9361)
ghill@patebaird.com
PATE BAIRD, PLLC
36 West Fireclay Avenue
Salt Lake City, Utah 84107
Telephone: 801-284-7000

Eugenio J. Torres-Oyola (USDC No. 215505)
Jean G. Vidal-Font (USDC No. 227811)
FERRAIUOLI, LLC
221 Ponce de Leon Avenue, Suite 500
San Juan, Puerto Rico 00917

*Attorneys for Plaintiff*
*Symbology Innovations, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOTERRA HOLDINGS, LLC,<br><br>Defendant. | Case No. 2:19-CV-0391-PMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Magistrate Judge Paul M. Warner |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Symbology Innovations, LLC hereby dismisses this action without prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service of an answer by the adverse party. Defendant has not yet answered the Complaint or moved for summary judgment.  Each party shall bear their own costs, expenses and attorney's fees.

Dated: July 19, 2019. Respectfully submitted,

<u>/s/Jean G. Vidal-Font</u>
Jean G. Vidal-Font
Ferraiuoli LLC

*Attorney for Plaintiff*
*Symbology Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2019, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/Jean G. Vidal-Font